**IT IS ORDERED as set forth below:**

**Date: April 4, 2018**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CASE NO. 17-56133 -WLH |
| ALFONSO LOUIS BRADLEY & | ) | |
| LATOYA DENISE BRADLEY, | ) | CHAPTER 13 |
| | ) | |
| DEBTORS, | ) | JUDGE HAGENAU |

On November 1, 2017, the Chapter 13 Trustee filed an Intent to pay a late filed claim of Silver Wood Capital, LLC - Series Q (Doc. No. 58, the "Notice of Intent"). On November 17, 2017, Debtors, through counsel, filed a Response objecting to the Proof of Claim of Silver Wood Capital, LLC - Series Q. (Doc. No. 58, the "the Response") requesting an Order disallowing Claim No. 12 filed on October 18, 2017.

**IT APPEARING** that a hearing was held on February 14, 2018 at 9:30 a.m. in courtroom 1403. Counsel for the debtors, Alfonso Louis Bradley & Latoya Denise Bradley, was present as was counsel for Silver Wood Capital, LLC and the staff attorney for the Chapter 13 Trustee. Upon proffers made by all parties of interest,

**IT IS HEREBY ORDERED** that the Debtor's Response in opposition to the Chapter 13 Trustee's Intent to pay the late filed claim of Silver Wood Capital, LLC - Series Q is sustained;

**IT IS FURTHER ORDERED** that the late filed proof of claim of Silver Wood Capital, LLC - Series Q is disallowed in its entirety due to the fact that Creditor Silver Wood Capital, LLC – Series Q filed their proof of claim on October 18, 2017 after the Bar Date set for August 2, 2017.

END OF DOCUMENT

PREPARED AND SUBMITTED BY:

/s/ Talitha S. Fleming_____
Talitha S. Fleming, GA Bar 101022
T. Fleming & Associates, LLC
Formerly C. Golden & Fleming, LLC
5353 Fairington Road, Suite C
Stonecrest, Georgia 30038
(770) 220-7220 (Phone)
(770) 220-7221 (Fax)

NO OPPOSITION BY:

/s/\_\_\_Ryan Williams_____
Ryan Williams, GBN: 940874
Staff Attorney for Chapter 13
Trustee Nancy J. Whaley
303 Peachtree Center Avenue, Suite 120
Atlanta, Georgia 30303
(678) 992-1201 (Phone)
(Signed by Talitha S. Fleming with express permission)

**DISTRIBUTION LIST**

Nancy J. Whaley
Chapter 13 Trustee
(Via ECF Mail)
303 Peachtree Center Avenue
Suite 120
Atlanta, Georgia 30303

Talitha S. Fleming
Attorney for Debtors
5353 Fairington Road, Suite C
Stonecrest, Georgia 30038

Louis Bradley &
Latoya Denise Bradley
Debtors
5111 Miller Woods Drive
Decatur, Georgia 30035

Silver Wood Capital, LLC - Series Q
Creditor
101 S. Coit Road
Suite #36-235
Richardson, Texas 75080

Maria Tsagaris
Attorney for Creditor
Silver Wood Capital, LLC - Series Q
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

Ciro Mestres
Attorney for Creditor
Silver Wood Capital, LLC - Series Q
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076