

**IT IS ORDERED as set forth below:**

**Date: September 13, 2018**

_Wendy L. Hagenau_

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter  13 |
| Alfonso Louis Bradley, Debtor, | ) | |
| Latoya Denise Bradley, Co-Debtor, | ) | |
| | ) | |
| | ) | Case number 17-56133-wlh |
| _____ | ) | _____ |
| | ) | |
| Surf City Investors, LLC | ) | |
| Movant/Creditor | ) | |
| v. | ) | Order |
| | ) | |
| Alfonso Louis Bradley, Debtor, | ) | |
| Latoya Denise Bradley, Co-Debtor; Nancy J. Whaley, Trustee | ) | |

**ORDER DENYING MOTION FOR RELIEF FROM STAY**

1

Surf City Investors, LLC ("Creditor") filed a Motion for Relief form the Stay of 11 U.S.C. §362(d) on June 25, 2018 (Doc No. 85)   (herein after the "Motion") and a hearing was held for August 15, 2018 (the "Hearing"). This matter is in reference to the Motion for Relief from Automatic Stay filed by Surf City Investors, LLC on June 25, 2018 regarding a mortgage on a property now or formerly known as 5111 Miller Woods Drive, Decatur, GA 30035 (the "Property"), the Court finds as follows:

No response to the Motion was filed. At the call of the calendar on Wednesday, August 15, 2018, counsel for Movant was present and counsel for the Debtor was present. Counsel for Debtor offered opposition to the Motion. Pursuant to the evidence and testimony on the record, it is hereby

**ORDERED** that the Motion is DENIED as follows:

Beginning with the September 1, 2018 mortgage payment, the Debtor shall pay to Movant all future monthly mortgage payments by the 1st of each month.  The total mortgage payment due each month is $541.06.  Payments should be made to Defendant's servicer, Land Home Financial, LLC at PO Box 2164, Santa Ana, CA 92799.   These mortgage payments shall be governed by a Strict Compliance Clause as outlined herein and below and said Clause shall remain in effect for a period of

one year. Upon failure by the Debtor to make any of these payments to Movant when due the Automatic Stay may be terminated as to Debtor's residence in the Property subject to the following conditions to allow Movant to proceed with its State law remedies and proceed to foreclose upon the Property of Debtor or otherwise dispose of or take action including exercising our state law remedies including, but not limited to, foreclosure proceedings, dispossessory proceedings, or take any action which is necessary in order for Movant to recover upon its secured claim to the property.

Upon failure of the Debtor to tender to Movant the above-stated funds as provided herein and upon notice of default sent by first class mail to Debtor and Debtor' attorney and failure by Debtor to cure such default within 10 days of the date of the default notice, Movant may file a motion and affidavit of default with the court, with service upon Debtor and Debtor' attorney and the Court may enter the order terminating the automatic stay, waiving the 14-Day Stay of Bankruptcy, Rule 4001(a)(3), without further notice of hearing.

**END OF DOCUMENT**

Presented by:


By: /s/Elizabeth M. Cruikshank
Elizabeth M. Cruikshank, Esq.
Attorney for Movant
Georgia Bar Number 215235
Cruikshank Ersin, LLC
6065 Roswell Road, Suite 680
Atlanta, Georgia 30328
Fax: 770-884-8114
Telephone: 770-884-8184
E-mail address: beth@cruikshankersin.com



Distribution List

The materials associated with the foregoing Consent Order Denying from

Stay are to be distributed to the following persons:


*Debtor :*
Alfonso Louis Bradley
5111 Miller Woods Drive
Decatur, GA 30035

*Co-Debtor:*
Latoya Denise Bradley
5111 Miller Woods Drive
Decatur, GA 30035

*Trustee*:
Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120

*Debtor's Attorney*:
Talitha S. Fleming
T. Fleming & Associates, LLC
Suite C
5353 Fairington Road
Stonecrest, GA 30038

*Movant's Attorney*:
Elizabeth M. Cruikshank, Esq.
Cruikshank Ersin, LLC
6065 Roswell Road, Suite 680

4

303 Peachtree Center Avenue                    Atlanta, Georgia 30328
Atlanta, Georgia 30303